```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```
TARIK HARVEY-PHILIPS,                                       JUDGMENT

                                                                16 CV 3086 (RJD)

                Petitioner,

    v.

JOSEPH T. SMITH,

                Respondent.
```
----------------------------------------------------------------X
```

       A Memorandum and Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on September 14, 2021, denying the application of petitioner Tarik Harvey-Philips for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in its entirety; and denying the issuance of a certificate of appealability, 28 U.S.C. § 2253(c)(2); it is

       ORDERED and ADJUDGED that the application of petitioner Tarik Harvey-Philips for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied in its entirety; and that no certificate of appealability shall issue, 28 U.S.C. § 2253(c)(2).

Dated:  Brooklyn, New York                               Douglas C. Palmer
         September 15, 2021                          Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                              Deputy Clerk